**Opinion filed May 12, 2022**



# In The

# Eleventh Court of Appeals

_____

## No. 11-22-00090-CR

_____

## MILTON HINSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 14942-D**

## MEMORANDUM OPINION

Appellant, Milton R. Hinson, has filed a pro se notice of interlocutory appeal. Appellant states in his notice of appeal that he is appealing a "Motion And Order For Release Of Governor's Warrant." We dismiss the appeal.

When this appeal was docketed, the clerk of this court wrote Appellant and informed him that it did not appear that Appellant's notice of appeal related to a

final, appealable order. We requested that Appellant respond and show grounds to continue the appeal. Appellant has not responded.

An appellate court has jurisdiction to consider an appeal by a criminal defendant from a final judgment of conviction or as otherwise authorized by law. *Ragston v. State*, 424 S.W.3d 49, 51–52 (Tex. Crim. App. 2014); *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008). Appellant's notice of appeal related to the trial court's purported denial of, or failure to rule on, a pretrial motion, which was not an appealable interlocutory order.

Documents recently filed in this cause show that, after he filed his notice of appeal, Appellant pleaded guilty, with the benefit of a plea-bargain agreement, and was convicted of the charged offense of possession of methamphetamine. The Texas Rules of Appellate Procedure provide that, in a criminal case, "a notice of appeal is not effective if filed before the trial court makes a finding of guilt or receives a jury verdict." TEX. R. APP. P. 27.1(b). Appellant's notice of appeal was filed on April 12, 2022, before the trial court made a finding of guilt on April 25, 2022. Therefore, because the notice of appeal was prematurely filed, Appellant's notice of appeal is not effective, and we have no jurisdiction to entertain this appeal. *See id.*

Consequently, we dismiss this appeal for want of jurisdiction.

PER CURIAM

May 12, 2022

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.